# United States District Court

WESTERN DISTRICT OF WASHINGTON

CARRIE HALL,

                v.

STEVE CAUDWELL,

JUDGMENT IN A CIVIL CASE

No. 10-5473RBL/JRC

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) The Court adopts the Report and Recommendation; and

(2) This action is dismissed pursuant to Local Rule 41 (b)(2) for failure to prosecute. The dismissal is without prejudice.

November 30, 2010  
Date

WILLIAM M. McCOOL  
Clerk

*s/ Mary Trent*  
Deputy Clerk